UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JUL 25 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:24-cr-51-CHB

WILLIE W. DEUERLEIN

* * * * *

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2261A(2)(B)

Beginning in or about October 2023, the exact date unknown, and continuing through in or about December 2023, the exact date unknown, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**WILLIE W. DEUERLEIN**

with the intent to injure, harass, and intimidate a person, to wit: Victim 1, used an electronic communication system and service and a facility of interstate and foreign commerce, specifically, calls, text messages, Facebook, and the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 1, all in violation of 18 U.S.C. § 2261A(2)(B).

### COUNT 2
### 18 U.S.C. § 2261A(2)(B)

Beginning in or about October 2023, the exact date unknown, and continuing

through in or about December 2023, the exact date unknown, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**WILLIE W. DEUERLEIN**

with the intent to injure, harass, and intimidate a person, to wit: Victim 2, used an electronic communication system and service and a facility of interstate and foreign commerce, specifically, calls, text messages, Facebook, and the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 2, all in violation of 18 U.S.C. § 2261A(2)(B).

## COUNT 3
## 18 U.S.C. § 875(c)

On or about November 1, 2023, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**WILLIE W. DEUERLEIN**

knowingly transmitted a communication in interstate commerce and the communication contained a threat to injure Victim 1, all in violation of 18 U.S.C. § 875(c).

## COUNT 4
## 18 U.S.C. § 875(c)

On or about November 1, 2023, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**WILLIE W. DEUERLEIN**

knowingly transmitted a communication in interstate commerce and the communication contained a threat to injure Victim 3, all in violation of 18 U.S.C. § 875(c).

A TRUE BILL

██████████████████
FOREPERSON

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-4:** Not more than five years imprisonment, not more than $250,000 fine, and supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.